UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WAYNE D. CROSBY,
    Petitioner,

v.                                      CIVIL ACTION NO.
                                        10-10041-PBS

DUANE J. MACEACHERN,
    Respondent.

**REPORT AND RECOMMENDATION RE:
CERTIFICATE OF APPEALABILITY AND MOTION
TO VACATE DISMISSAL
(DOCKET ENTRY # 29)**

**May 31, 2011**

**BOWLER, U.S.M.J.**

On March 31, 2011, petitioner Wayne D. Crosby ("petitioner"), an inmate at the Old Colony Correctional Center ("OCCC") in Shirley, Massachusetts, filed an objection to this court's March 31, 2011 Report and Recommendation.[1] (Docket Entry # 29). The opinion recommended that the district judge deny issuance of a certificate of appealability ("COA"). (Docket Entry # 28). Along with the objection and in the same filing, petitioner moves to vacate the court's order dismissing this

---

[1] This court filed the Report and Recommendation at 3:21 p.m. on March 31, 2011. Petitioner filed the objection five hours later at 8:35 p.m.

[handwritten margin note: I adopt the report and recommendation without objection. Paw B Saw 6/24/2011]